## F. & M. SCHAEFER BREWING CO. *v.* GEROSA, COMPTROLLER OF THE CITY OF NEW YORK.

No. 526.   Decided January 12, 1959.

*Russell D. Morrill* and *Francis L. Casey* for appellant.

*Stanley Buchsbaum* and *Morris L. Heath* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.

## McDANIEL *v.* CALIFORNIA.

No. 283, Misc.   Decided January 12, 1959.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this case.